SLIP OPINION

Cite as 2015 Ark. 473

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered** December 10, 2015 |

## PER CURIAM

Ann Grimes, Esq., of Pulaski County, Robert Veach, Esq., of Pope County, David Glover, Esq. of Pulaski County, are appointed to the Committee on Civil Practice for three-year terms to expire on July 31, 2018. We thank them for accepting appointment to this important committee.

We express our gratitude to the following members, whose terms have expired, for their years of dedicated service to the Committee on Civil Practice: Judge Earnest Brown of Jefferson County; Judge Brandon Harrison of the Arkansas Court of Appeals; Michelle Ator, Esq., of Pulaski County; Hani Hashem, Esq., of Drew County, and Professor John J. Watkins, Committee Advisor, of Fayetteville.